**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7281**

_____

BRIAN GIANNOLLA,

Petitioner - Appellant,

versus

BUREAU OF PRISONS; WARDEN DALIUS; WARDEN
DEWART; A. W. RIVERA; HARRIS, Unit Manager;
SCARANTINO, Case Manager; SAM L. BATTS, Unit
Manager; MARIN, Counselor,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-453-5-H)

_____

Submitted: September 9, 2003        Decided: October 14, 2003

_____

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Giannolla, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Giannolla appeals the district court's order denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Giannolla v. Bureau of Prisons, No. CA-02-453-5-H (E.D.N.C. Aug. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED